UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

- against -

NORDSTROM, INC.,

                Defendant.

**ORDER**

19 Civ. 9817 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendants' motion is due on **April 16, 2020**;

2. Plaintiff's opposition is due on **April 30, 2020**; and

3. Defendants' reply, if any, is due on **May 7, 2020**.

The Clerk of Court is directed to terminate the motions (Dkt. Nos. 12, 15).

Dated: New York, New York
       April 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge