```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARCOS CALCANO,

                             **Plaintiff,**

      -against-

NORDSTROM, INC.,

                             **Defendants.**

-------------------------------------------------------------X

19-CV-09817 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On September 4, 2020, the Court stayed this case pending the Second Circuit's decision in Calcano v. Swarovski North America, Ltd., Case No. 20-1552. ECF No. 33. The parties were ordered to file a joint status letter no later than seven days after the Second Circuit's decision. Id. That decision was issued on June 2, 2020. The parties are ordered to file a joint status letter with the Court no later than June 21, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               June 15, 2022