```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCOS CALCANO,

                                           Plaintiff,                              19-CV-09817 (PGG)(SN)

          -against-                                           **ORDER**

NORDSTROM, INC.,

                                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On June 23, 2022, the Court ordered Plaintiff to file a Second Amended Complaint by no later than July 7, 2022. As of the issuance of this order, Plaintiff has not done so. Plaintiff shall file his Second Amended Complaint by no later than July 18, 2022.

**SO ORDERED.**

                                                                                _____
                                                                             SARAH NETBURN

DATED:    New York, New York               United States Magistrate Judge
                July 14, 2022